# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Iwana Rademaekers, Federal ID No 22781

Admission date: September, 11, 1998

Dated February 18, 2026, at Houston, Texas.

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk

EXHIBIT

**B**