**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CAROLYN CANNON,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO.**

**2:26-cv-00260-JCZ-KWR**

**JUDGE JAY C. ZAINEY**

**MAGISTRATE JUDGE KAREN WELLS ROBY**

**<u>ORDER GRANTING PRO HAC ADMISSION</u>**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

Entered this 9th day of April 2026.

Jay C. Zainey
JUDGE