**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAROLYN CANNON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:26-cv-00260-JCZ-KWR** |
| **V.** | **DISTRICT JUDGE JAY C. ZAINEY** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties, by counsel, respectfully request the Court to modify the current Scheduling Order, Document 10, and state as follows:

1. This matter involves a claim for benefits under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et. seq*. Therefore, the Court will be reviewing the claim decision based upon the information in the administrative record.

2. The current Scheduling Order is tailored for a more traditional civil action and not an ERISA dispute.

3. The parties agree that this matter is governed by ERISA, and as such, may be resolved through Trial Briefs with citations to the administrative record that will be provided to the Court by Defendant.

4. The parties propose modification of the Scheduling Order as follows:

   a. All discovery shall be completed by September 10, 2026.

   b. Defendant shall file the administrative record by September 24, 2026.

c. The Parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda by October 22, 2026.

d. The Parties shall file Cross-Memoranda in Opposition to opposing parties' motions by November 19, 2026.

e. The Parties shall file any Cross-Reply Memoranda by December 17, 2026, at which time the case is deemed submitted for judgment.

5. Based on the nature of the case and the proposed schedule herein, the Parties request that all previously entered deadlines, conferences or court appearances, be cancelled as the Court will decide the case based upon the administrative record and the parties' briefs.

**WHEREFORE**, the parties respectfully request the Court grant this Joint Motion to Modify Scheduling order and for all other just and proper relief.

Respectfully submitted,

/s/ David C. Pellegrin, Jr.
David C. Pellegrin, Jr. (#34957)
**THE PELLEGRIN FIRM, L.L.C.**
3500 North Hullen Street
Metairie, LA 70002
Phone: (504) 405-3245
Fax: (866) 651-8738
Email: email: dpellegrin@pellegrinfirm.com

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

*<u>/s/ Lindsay Calhoun</u>*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar #35070)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**