**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAROLYN CANNON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:26-cv-00260-JCZ-KWR** |
| **V.** | **DISTRICT JUDGE JAY C. ZAINEY** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**ORDER**

Considering the parties Joint Motion to Modify Scheduling Order,

**IT IS ORDERED**, that the Joint Motion is **GRANTED.** The February 1, 2027, trial date and all previously entered deadlines, conferences or court appearances are cancelled the Court enters the following schedule:

a. All discovery shall be completed by **September 10, 2026**.

b. Defendant shall file the administrative record by **September 24, 2026**.

c. The Parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda by **October 22, 2026**.

d. Th Parties shall file Cross-Memoranda in Opposition to opposing parties' motions by **November 19, 2026**.

e. Any Cross-Reply Memoranda shall be filed by **December 17, 2026**, at which time the case is deemed submitted for judgment.

New Orleans, Louisiana this _____ day of _________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE