**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CAROLYN CANNON,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO.**

**2:26-cv-00260-JCZ-KWR**

**DISTRICT JUDGE JAY C. ZAINEY**

**MAGISTRATE JUDGE KAREN WELLS ROBY**

**ORDER**

Considering the parties Joint Motion to Modify Scheduling Order,

**IT IS ORDERED**, that the Joint Motion is **GRANTED.** The February 1, 2027, trial date and all previously entered deadlines, conferences or court appearances are cancelled the Court enters the following schedule:

a. All discovery shall be completed by **September 10, 2026**.
b. Defendant shall file the administrative record by **September 24, 2026**.
c. The Parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda by **October 22, 2026**.
d. Th Parties shall file Cross-Memoranda in Opposition to opposing parties' motions by **November 19, 2026**.
e. Any Cross-Reply Memoranda shall be filed by **December 17, 2026**, at which time the case is deemed submitted for judgment.

New Orleans, Louisiana this 8th day of July, 2026.

Jay C. Zainey

UNITED STATES DISTRICT JUDGE